Suzanne L. Martin
Nevada Bar No. 8833
suzanne.martin@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant*
*Silver State Refrigeration & HVAC, LLC*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MYRA MAMAIA,<br><br>               Plaintiff,<br><br>vs.<br><br>SILVER STATE REFRIGERATION & HVAC, LLC, a domestic limited liability company; and DOES 1-50, inclusive,<br><br>               Defendants. | Case No.:  2:22-cv-01733-JAD-DJA<br><br>**STIPULATION AND ORDER DISMISSING CASE WITH PREJUDICE**<br><br>ECF No. 15 |

Plaintiff Myra Mamaia ("Plaintiff") and Defendant Silver State Refrigeration & HVAC, LLC ("Defendant"), by and through respective undersigned counsel, hereby stipulate that all claims Plaintiff had or may have had against Defendant that are contained in, reasonably related to or could have been brought in the above-captioned action are hereby dismissed, with prejudice, in their entirety.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

Each party is to bear their own costs and fees.

DATED this 21st day of February, 2023.

WATKINS & LETOFSKY, LLP

/s/ Melinda Weaver
Daniel R. Watkins
Nevada Bar No. 11881
Melinda Weaver 11481
Nevada Bar No. 14610
8935 S. Pecos Rd., Ste. 22A
Las Vegas, NV 89074
*Attorneys for Plaintiff*

DATED this 21st day of February, 2023.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Suzanne L. Martin
Suzanne L. Martin
Nevada Bar No. 8833
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135
*Attorneys for Defendant*

## ORDER

Based on the parties' stipulation **[ECF No. 15]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
February 21, 2023